**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| VIRGINIA ASSOCIATION OF COUNTIES GROUP SELF-INSURANCE RISK POOL, and | ) | |
| CAPITAL REGION AIRPORT COMMISSION | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 3:25-cv-00942 |
| SP PLUS CORPORATION | ) | |
| Defendant. | ) | |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiffs Virginia Association of Counties Group Self-Insurance Risk Pool and Capital Region Airport Commission (the "Commission"), by counsel, and Defendant SP Plus Corporation, by counsel, hereby provide notice to the Court that the parties reached an agreement in principle, resulting in a memorandum of understanding, to resolve all matters at issue in this action at the July 7, 2026 settlement conference before Judge Mark R. Colombell.

Dated: July 10, 2026

/s/ *Thomas S. Garrett*
Thomas S. Garrett (VSB No. 73790)
*Attorney for Virginia Association of Counties Group Self-Insurance Pool and the Capital Region Airport Commission*
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
tgarrett@hccw.com

/s/ Barrett Enix
Barrett Enix, Esquire (VSB #90698)
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236

804-320-6300 – Telephone
804-320-6312 – Facsimile
Barrett.Enix@kpmlaw.com
*Counsel for SP Plus Corporation*

**C E R T I F I C A T E**

I hereby certify that on the 10th day of July, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Thomas S. Garrett*
Thomas S. Garrett (VSB No. 73790)
*Attorney for Virginia Association of Counties Group Self-Insurance Pool and the Capital Region Airport Commission*
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
tgarrett@hccw.com